FLORENCE R. VAN LOAN, Respondent, *v.* OSCAR CARRABINE, Appellant.

Appeal from part of an order of the Supreme Court, entered in the New York county clerk's office on the 30th day of April, 1915, denying in part defendant's motion for a bill of particulars.

PER CURIAM: The order appealed from is modified by requiring the plaintiff to serve a bill of particulars as demanded by the defendant, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as stated in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice.

———

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ABRAHAM WENDEL, Respondent.

Appeal from a judgment of the Court of Special Sessions of the City of New York, entered on the 10th day of February, 1915, allowing a demurrer to an information.

PER CURIAM: The judgment allowing the demurrer should be reversed and the demurrer disallowed, on the authority of *People* v. *Finkelstein* (167 App. Div. 591) and the case remitted to the Court of Special Sessions for further proceedings. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Judgment reversed, demurrer disallowed, and the case remitted to the Court of Special Sessions for further proceedings. Order to be settled on notice.

———

PHILIP PHILLIPS, Respondent, *v.* ROSENTHAL-ROMAGNOLI COMPANY, INC., Appellant.

Appeal from an order of the Supreme Court, Bronx county, entered in the Bronx county clerk's office on the 16th day of June, 1915, denying the defendant's motion for judgment on the pleadings.

PER CURIAM: We think that this complaint is insufficient. There is no allegation that the assault was committed in the course of the servant's employment, or in pursuance of any authority given by defendant, or while the servant was acting in the defendant's interest. The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and the motion for judgment on the pleadings granted, with ten dollars costs, with leave to the plaintiff to serve an amended complaint within twenty days on payment of costs in this court and in the court below. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below.